# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

## DEPOSIT OF UNCLAIMED FUNDS

| In re:<br><br>RAYUS N KEEL<br>DANYELLE M KEEL<br>Debtor(s). | CHAPTER # 7<br>BANKRUPTCY # 09-31794  |
|---|---|

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

___A  The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the trustee, and the trustee stopped payment on said check(s), and/or

_X_ B  The check(s) listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

| **CREDITOR & ADDRESS (last known)** | **CHECK AMOUNT** |
|---|---|
| Ogden Regional Medical Center<br>C/O B-Line LLC<br>MS 550 PO Box 91121<br>Seattle, WA 98111-9221 | $3.62 |

The address(es) listed above constitutes the last known address of the creditor(s) in question. The check(s) in the amount(s) of **$3.62**   represent said unclaimed funds is/are payable to the U.S. Bankruptcy Court.

DATED this 6th day of September, 2011.

_____/s/_____
Steven R. Bailey, Trustee